**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDELL MOLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:20-cv-0906 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, WENDELL MOLES, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On June 14, 2021, the parties stipulated to a voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 17.) Pursuant to the terms of the stipulation, an ALJ shall "reassess Plaintiff's subjective statements," complete the administrative record, and issue a new decision. (*Id.* at 2.) Further, the parties stipulated that judgment shall be entered in favor of Plaintiff. (*Id.*) Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Wendell Moles and against Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **June 15, 2021**　　　　　　 ＿＿＿＿＿＿＿ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE